Thomas J. Hooks, Appellant, v. The City of Utica, Respondent. —

Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.